# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL W. McDERMOTT,**
Appellant,

v.

**TRAVIS M. ANDRE,**
Appellee.

No. 4D21-155

[May 6, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Francis Taylor Barner, Judge; L.T. Case Nos. COCE1804729 and CACE1826369.

Jorge Chervony of Jorge Chervony, P.A., Miami Beach, for appellant.

Travis M. Andre, Greeley, Colorado, pro se.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***